UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:                                                  Case No. 08-33071
                                                        Chapter 7

   Yvonne Dickerson

              Debtor.

# FILING PURSUANT TO ORDER TO SHOW CAUSE

CLIENTS /  DATE OF INITIAL CONFERENCE /  AMOUNT OF FEES RECEIVED /  YTD FEES

| | | | |
|---|---|---|---|
| 1. | 10/10/2008 | $40.00 | 0 |
| 2. | 02/132008 | $50.00 | 0 |
| 3. | 03/20/2009 | $200.00 | $200.00  04/17/09 |
| 4. | 03/20/2009 | $100.00 | 0 |
| 5. | 12/01/2008 | $100.00 | 0 |
| 6. | 1/10/2008 | $75.00 | 0 |

September 08, 2009                    /s/_____
                                      Chadick and Associates, P.C.
                                      1001 James Street
                                      Syracuse, NY 13203
                                      315.472.6742

Note: The above does not include two (2) pro bono cases.